Hon. John F. DOMINGUEZ, Judge of
the 93rd District Court

v.

The THIRTEENTH COURT
OF APPEALS.

No. C–6139.

Supreme Court of Texas.

Oct. 21, 1987.

Rehearing Denied Dec. 16, 1987.

Respondent's motion for rehearing is granted. The opinion and judgment of May 20, 1987 are withdrawn and the petition for writ of mandamus is denied.